# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE L. MAXWELL, ) | NO. EDCV 10-1579-CW |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner, Social Security ) Administration, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: July 20, 2011

_____
CARLA M. WOEHRLE
United States Magistrate Judge